# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WEEDA NEGHAT, | CASE NO. |
|---|---|
| Plaintiff, | 5:25-cv-00850-KK-SHK |
| -vs- | **ORDER TO DISMISS** |
| WIELAND METAL SERVICES, LLC; CARLOS NIEVES; DOES 1-100 INCLUSIVE, AND EACH OF THEM, | |
| Defendants. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this January 9, 2026

_____

Honorable Judge Kenly Kiya Kato